**Order entered June 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01411-CV

**SIMEON COKER, Appellant**

**V.**

**COMMISSION FOR LAWYER DISCIPLINE, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15478**

## ORDER

Before the Court is appellant's May 30, 2019 motion for extension of time to file brief. Appellant seeks more than a one-hundred day extension, in part, because appellant will be required to travel out of the country due to the death of a family member. Appellant, however, does not provide further explanation. Accordingly, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than July 18, 2019.

We note the motion does not include a certificate of conference as required by Texas Rule of Appellate Procedure 10.1(a)(5). Any future motions shall comply with the rule.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE